UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81032-CIV-MARRA/JOHNSON

EDWARD ALCAZAR and
others similarly situated,

    Plaintiff,
vs.

INSTITUTE OF ALLIED MEDICAL
PROFESSIONS, INC., a Florida
corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Motion for Entry of Order Approving Settlement and Dismissing Plaintiff's Claims With Prejudice [DE 9]. The Court has scrutinized the settlement agreement for fairness and concludes that its terms are fair and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Entry of Order Approving Settlement and Dismissing Plaintiff's Claims With Prejudice [DE 9] is GRANTED. The settlement agreement is approved by the Court. This Cause is hereby DISMISSED with prejudice. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. The fairness hearing scheduled for Friday, December 11, 2009 is cancelled. This case is

**CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of November, 2009.

KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record